# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** IRS

**City:** North Attleboro
**County:** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 24-mj-1139-DLC; 24-mj-1140-DLC
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    Yes [ ]  No [✓]

**Defendant Information:**
Defendant Name: Benjamin F. Preacher    Juvenile: Yes [ ]  No [✓]
Is this person an attorney and/or a member of any state/federal bar: Yes [ ]  No [✓]
Alias Name: _____
Address: 330 Broadway, North Attleboro, MA
Birth date (Yr only): 1970    SSN (last 4#): 1995    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kriss Basil    Bar Number if applicable: 673074

**Interpreter:** Yes [ ]  No [✓]    List language and/or dialect: _____

**Victims:** Yes [✓]  No [ ]    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [ ]  No [✓]

**Matter to be SEALED:** Yes [ ]  No [✓]

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**
**Arrest Date:** March 14, 2024

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  [✓] Complaint    [ ] Information    [ ] Indictment
**Total # of Counts:**  [ ] Petty ___    [ ] Misdemeanor ___    [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/14/2024    Signature of AUSA: /s/ Kriss Basil

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Benjamin Preacher

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1957 | Illegal monetary transaction | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**